## LINDA KAHL *v.* ROBERT KAHL
### (8207)

SPALLONE, O'CONNELL and FOTI, Js.
Argued January 31—decision released February 8, 1990

*I. David Marder,* with whom, on the brief, was *Irene L. Cornish,* for the appellant (defendant).

*Kathleen D. Stingle,* for the appellee (plaintiff).

PER CURIAM. There is no error.